```
                  UNITED STATES DISTRICT COURT
                          FOR THE
                    DISTRICT OF VERMONT
```

James Millett,                        :
                                      :
      Plaintiff,               :
                                      :
      v.                       : File No. 2:04 CV 315
                                      :
Correctional Medical Services,        :
Vermont Department of                 :
Corrections,                          :
      Defendants.              :

<u>ORDER</u>

    The Report and Recommendation of the United States Magistrate Judge was filed May 6, 2005.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The plaintiff's motions for preliminary injunction (Paper 4), appointment of counsel (Paper 11) and extension of time for discovery (Paper 12) are DENIED.

    Dated at Burlington, in the District of Vermont, this 30th day of June, 2005.

                                           <u>/s/ William K. Sessions III</u>
                                           William K. Sessions III
                                           Chief Judge